**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6959**

———————

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

    versus

ANTHONY ALLEN PHILLIPS,

                                  Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-95-4)

———————

Submitted:  September 6, 2001    Decided:  September 14, 2001

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Allen Phillips, Appellant Pro Se.  Lynne Ann Battaglia, Christine Manuelian, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Allen Phillips seeks to appeal the district court's order denying his motion seeking relief from the judgment denying his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Phillips, No. CR-95-4 (D. Md. filed Apr. 30, 2001; entered May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2